United States District Court
Southern District of Texas
**ENTERED**
August 03, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN PALMER,<br>(SPN #01611679)<br>　　Plaintiff,<br><br>vs.<br><br>HARRIS COUNTY, *et al.,*<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§   CIVIL ACTION H-20-1953<br>§<br>§<br>§<br>§ |

**FINAL JUDGMENT**

For the reasons stated in this court's Memorandum on Dismissal entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED at Houston, Texas, on ___July 31___, 2020.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2020\20-1953.a01.wpd